Jerome T. Blount Sr.
6655 Sykesville Road 501-B
Sykesville Maryland 21784
1-877-812-3134, 202-324-1091
No Transportation

FILED
NOV 27 2006
DISTRICT ........
DEPY

11/21/2006

United States District Court
Mrs. Felicia C. Cannon, Clerk
101 W. Lombard Street 4th Fl.
Baltimore Maryland 21201
410-962-2600 Fax 2690

Docket 97-1703 Notice of Appeal Amended Order

Request for Dockets, 02 V. 4029 $600,000.00, 01-1042 Writ 2254 (Rule 4) Not Serve, $975,000.00. 96-2459 Writ 2254 (Rule 4) Not Serve $65,000.00, 03 V. 00065 NCIC #W978300493 $600,000.00 Not Serve, 03 V. 165 NCIC #W978300493. 270 Days No FBI Disposition CJis Division $150,000.00, 04 V 1215 NCIC #W978300493 No Jurisdiction Prince Georges County Sheriffs Dept. Commissioners, Police Dept. Courts And Public Defenders Procedural Default, $725,000.00 (Rule 4) 2254 Not Serve.

Request for Dockets (Exempt) 04 V. 1598 No Jurisdiction Prince Georges County Sheriffs Office 5/12/04 Procedural Default, 04 V. 3447 Arrest Warrant Not Given For Service 5/12/04 To Baltimore County Maryland State Police. 04 V. 3407 Assessment & Taxation.

Please Stamp Dated Entered And Return A        ASAP.

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND (BALTIMORE)
410-962-2690 FAX

U.S. Bounty Mr. Jerome J. Brown Sr.
Directly, Robert S. Mueller, FBI
Asst. Director, Employment, HQ
7301 Waterloo Road ID #59330
Jessup Maryland 20794
1-877-812-3134 FAX 202-324-1091
          PETITIONER

              v.

UNITED STATES DISTRICT COURT
Clerk of Court, Felicia C. Cannon
101 W. Lombard Street 4th Fl.
Baltimore Maryland 21201
410-962-2600 FAX 2690
          DEFENDANT

Filed 10/23/2006
U.S.D.C. Administration
Administrator,
1 Columbus Circle N.E.
Washington D.C.
202-372-3011 FAX 3015
          DEFENDANT
          CASE NO. _____
FL 05-1729 TAX LIENS
FL 05-1721 $315,000.00
     DEMAND $25,000.00
NATURE OF SUIT: 350

U.S.M. Johnny L. Hughes
101 W. Lombard St. 6th Fl.
Baltimore MD 21201
410-962-2220 FAX 3780
          DEFENDANT

                    MEMORANDUM
                AFFIDAVIT XL 222200

PETITION FOR 28 USCS 2241 (RULE 4) IN EVERY CASE, THE CLERK MUST SERVE A COPY OF WRIT AND ANY ORDERS ON RESPONDENTS AND ATTORNEY GENERAL J. JOSEPH CURRAN JR OF THAT STATE, PROCEDURAL DEFAULT, CASE NO. 05 JL 752 DOCKET (EXEMPT), NATURE OF SUIT 540 MANDAMUS JUDGMENT $100,000.00 WRIT OF HABEAS CORPUS (FEDERAL) HOWARD COUNTY CIRCUIT COURT CASE NO. 13-K-05-044505 IF FILED 1/19/05 AFFIANT MSP, FIVE PAGES AFFIDAVIT IN SUPPORT OF ARREST WARRANT, MAGISTRATE. NO PRE-TRIALS 1/27/05 AND 10/5/06 NO CJIS STATE 94273, FEDERAL 3752 69P5 SUBMITTED INACTIVE/CLOSED CASE 8/10/05, 180 DAYS NO TRIAL CASE HISTORY RESPONDENTS NOT SERVE.   U.S. BOUNTY #1014, U.S.A.
PLEASE STAMP DATED ENTERED AND RETURN A COPY ASAP.