# TRANSMITTAL SHEET
### (Notice of Appellate Action)

| | | |
|---|---|---|
| x Notice of Filing<br>☐ Cross Appeal<br>   Interlocutory Appeal (s)<br>☐ Additional NOA<br>☐ Corrected Amended NOA<br>☐ Transmittal of Record<br>☐ Transmittal of Certificate<br>☐ Supplement to ROA<br>☐ Supplemental Certificate<br>☐ Other | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF MARYLAND<br>AT BALTIMORE<br><br>Caption:<br>Jerome Brown Sr.<br>v.<br>E. King Smith, etal | District Court Case No. L97-1703<br>4 CCA Case No.<br>Consolidated with No.<br><br>Case Manager: |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 11/27/06 | 4. Fees<br>                              ☐ no fee required (IFP)<br>$5 filing fee:                paid   x unpaid<br>$250 docketing fee:     paid   x unpaid<br>Pauper status:    ☐ granted  ☐ denied  ☐ pending in District Court<br>Does PLRA apply?    ☐ yes  ☐ no    ☐ 3 strikes?    ☐ yes  x no<br>(If PLRA applies, 4CCA sends forms and acts on application.) |
| 2. Amended NOA filed: | |
| 3. District Judge: Benson E. Legg | 5. Materials Under Seal in District Court?    yes    x no<br><br>   Party Names Under Seal in District Court?    ☐ yes   x no |
| 6. Official Court Reporter(s)<br><br><br><br>Coordinator(s):<br>Nadine Mercer | 7. Transcript<br><br>   In-Court Hearing Held?    yes   x no<br><br>8. Criminal/Prisoner Cases<br><br>☐ recalcitrant witness    Defendant's Address:<br>☐ on death row<br>☐ in custody<br>☐ on bond<br>☐ on probation |

**Part II**                  TRANSMITTAL OF RECORD TO COURT OF APPEALS

| ORIGINAL RECORD | | SUPPLEMENT TO RECORD - SUPPLEMENT # |  |
|---|---|---|---|
| Pleadings: | Vols. | Pleadings: | Vols. |
| Transcript: | Vols. | Transcript: | Vols. |
| Exhibits: | Vols. | Exhibits: | Vols. |
| Depositions: | Vols. | Depositions: | Vols. |
| State Ct. Record: | Vols. | State Ct. Record: | Vols. |
| Sealed: | Vols. | Sealed: | Vols. |
| No. of Boxes | | No. of Boxes | |

Deputy Clerk: Nadine Mercer       Phone: (410) 962-3986       Date: 11/28/06