AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __MARYLAND__

U.S. BOUNTY MR. JEROME J. BROWN SR.
Plaintiff

V.

ATTORNEY GENERAL ET SEQ
MR. JOHN JOSEPH CURRAN JR.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

FILED / ENTERED
RECEIVED
JAN 1 0 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

APPEAL, 06-7958

CASE NUMBER: 97 V. 1703

I, __U.S. BOUNTY MR. JEROME J. BROWN SR.__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __Springfield Hospital Center__

   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 10/3/06 -0-
   U.S. BOUNTY LAWANDAS BONDING AND TITLE SERVICES.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   7209, Rambler,
   7209A, Print Shop
   Robin Hood Drive   P.O. Box 3093
   Upper Marlboro MD 20773

   DEED Liber 5348 Folio 480
   Trust Liber 5348 Folio 483 Note,
   Property Sold only by Public Auction.
   DEED OF Trust 5348 Folio 484
   (Item 10) Enforcement, of any.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   Tyrome James Brown, Jerome Julius Brown III,
   Joshua J. Newman,            Grandson
   Sons

I declare under penalty of perjury that the above information is true and correct.

12/12/2006      U.S. Bounty mr. Jerome Julius Brown Sr #1014
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge          Date | _____  _____ <br> United States Judge          Date |