```
                          JUDGMENT
                                           FILED: August 6, 2007

              UNITED STATES COURT OF APPEALS

                          for the

                      Fourth Circuit



                       No. 06-7958
                       1:97-cv-01703-BEL


JEROME JULIUS BROWN, SR.

         Petitioner - Appellant

   v.

E. KING SMITH, U.S. Postal Inspector; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND

         Respondents - Appellees



                    --------------------
           Appeal from the United States District Court for the
                 District of Maryland at Baltimore
                    --------------------
```

In accordance with the written opinion of this Court filed this day, the Court dismisses the appeal.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

```
                              /s/ Patricia S. Connor
                              _____
                                        CLERK
```