```
                    UNITED STATES COURT OF APPEALS

                         FOR THE FOURTH CIRCUIT
                                                            FILED
                                                       August 28, 2007


                                No. 06-7958
                              1:97-cv-01703-BEL


JEROME JULIUS BROWN, SR.

          Petitioner - Appellant


     v


E. KING SMITH, U.S. Postal Inspector; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND

          Respondents - Appellees




                              M A N D A T E



     The judgment of this Court, entered 8/6/07, takes effect

this date

     A certified copy of this Court's judgment and a copy of its

decision are issued to the district court and constitute the

mandate of this Court.




                              /s/  Patricia S. Connor
                              ------------------------
                                       CLERK
```